UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN BUSINESS BROKERS, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FAISAL AHMAD, et al.,<br><br>Defendants. | No. 2:19-cv-02181-MCE-KJN<br><br>**ORDER** |

On March 12, 2021, this Court issued a minute order directing attorneys for both sides to comply with Eastern District of California Local Rule 180 and to apply for admission to this district or to submit pro hac vice applications. ECF No. 35. No response was received. The Court this issued an Order to Show Cause ("OSC") as to why sanctions should not be imposed for counsels' failure to comply. ECF No. 37. The Court made clear that "[f]ailure to timely respond to [that] OSC [would] automatically result in the imposition of . . . sanctions" up to and including terminating sanctions. Id. Again, no response was received.

///

///

1  Accordingly, this action is hereby DISMISSED with prejudice in its entirety for
2  failure to comply with the applicable rules and orders of this Court. <u>See</u> Fed. Rule Civ.
3  Pro. 41(b).  The Clerk of the Court is directed to close this case.
4  IT IS SO ORDERED.

6  DATED: October 6, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE